514      IN THE SUPREME COURT

DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31 .

ALEXANDER v. N.C. DEPT. OF HUMAN RESOURCES

No. 492P94

Case below: 116 N.C.App. 15

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 8 December 1994.

ANDERSON v. AUSTIN

No. 329P94

Case below: 115 N.C.App. 34

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 8 December 1994.

BARNES v. HUMANA OF N.C.

No. 452PA94

Case below: 115 N.C.App. 728

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 allowed 8 December 1994.

BARNHARDT v. CITY OF KANNAPOLIS

No. 512P94

Case below: 116 N.C.App. 215

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 denied 8 December 1994.

CUSTOM MOLDERS, INC. v. AMERICAN YARD PRODUCTS, INC.

No. 326P94

Case below: 115 N.C.App 156

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 8 December 1994.